UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| FELIX MANYWEATHER, ET AL | CIVIL ACTION NO. 3:21-CV-1317 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WOODLAWN MANOR, INC. AND LOUISIANA NURSING HOME ASSOCIATION LIABILITY TRUST | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, together with the Objection [Doc. No. 18] filed Defendants, and, after a *de novo* review of the record, finding that same is supported by the law and the record in this matter, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 7] is **GRANTED IN PART and DENIED IN PART.** The Plaintiffs' claims for relief under the Americans with Disabilities Act and Medicare and Medicaid regulations is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that Plaintiffs' remaining state law claims for negligence and/or gross negligence are **REMANDED** back to the Fourth Judicial District Court of Ouachita Parish, Louisiana.

**MONROE, LOUISIANA**, this 8th day of November, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE